PROB 12C
(6/16)

Report Date: December 21, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Edward Kensler | Case Number: 0980 2:18CR00096-WFN-1 |
| Address of Offender: ███████ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: June 25, 2020 | |
| Original Offense: Domestic Assault by Habitual Offender in Indian County, 18 U.S.C. § 117 | |
| Original Sentence: Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 22, 2022) | Prison - 10 months<br>TSR - 26 months |
| Asst. U.S. Attorney: Michael James Austen Ellis | Date Supervision Commenced: November 2, 2022 |
| Defense Attorney: Payton B. Martinez | Date Supervision Expires: January 1, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On November 9, 2022, Mr. Kensler participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard and special conditions of supervised release were reviewed. Mr. Kensler signed a copy of the conditions of supervision acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On December 15, 2022, it is alleged that Mr. Kensler violated the terms of his supervised release by committing the offense of harassment.<br><br>Specifically, on December 15, 2022, per Spokane Police Department (SPD) report 2022-20222484, an SPD officer was dispatched to a housing complex, later to be determined the residence of Mr. Kensler. The SPD officer arrived and could hear heavy furniture being thrown and glass breaking. The SPD officer then made contact with the building manager who reported he was concerned that the male occupant, later identified as Mr. Kensler, was being belligerent toward his family, other tenants, and that a small child was possibly being harmed. |

Prob12C
**Re: Kensler, James Edward**
**December 21, 2022**
**Page 2**

The landlord informed an SPD officer in detail that upon hearing screaming and items being broken from Mr. Kensler's apartment, he left his apartment to observe Mr. Kensler arguing and trying to fight with his neighbors. The landlord stated he attempted to calm Mr. Kensler, though that further caused Mr. Kensler to become belligerent. Mr. Kensler threatened to fight and punch the landlord and followed him back to his upstairs apartment, causing him to lock his door and wait for law enforcement to arrive. Another tenant informed an SPD officer that upon hearing screaming and yelling he opened his apartment door, at which time he was approached by Mr. Kensler in an aggressive manner. Mr. Kensler then stated something to the effect of, "you want to get knocked the fuck out?"

An SPD officer made contact with Mr. Kensler at his apartment. Mr. Kensler was reportedly showing signs of inebriation, as his language was slurred and he struggled to stand up straight. Mr. Kensler opined to the officer that he broke a glass table inside the residence and was fighting with his girlfriend. The SPD officer was able to speak with Mr. Kensler's girlfriend and daughter who both stated that he did not assault anyone but was only destructive to property and that he becomes aggressive when he consumes alcohol. Mr. Kensler was arrested for two counts of harassment and booked into the Spokane County Jail.

2    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Kensler violated the terms of his supervised release by consuming alcohol on or about December 15, 2022.

On December 15, 2022, per SPD report 2022-20222484, an SPD officer made contact with Mr. Kensler. He was reportedly showing signs of inebriation, as his language was slurred and he struggled to stand up straight. SPD report 2022-20222484 further noted that Mr. Kensler's daughter also reported to an SPD officer that Mr. Kensler was intoxicated on December 15, 2022, and that he gets aggressive when he consumes alcohol.

3    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Kensler violated the terms of his supervised release by failing to report to his probation officer as instructed on December 19 and 20, 2022.

Specifically, on December 18, 2022, Mr. Kensler sent the undersigned a text message indicating he was arrested on harassment charges on December 15, 2022. The undersigned sent a subsequent text message thanking him for the message and directed him to report to the U.S. Probation Office at 11 a.m., on December 19, 2022. Mr. Kensler failed to attend this appointment as directed. On December 19, 2022, at 8:07 p.m., Mr. Kensler sent the undersigned a text message indicating he had a challenging week and had just received the undersigned's text message from December 19, 2022, that directed him to report at 11 a.m. to the U.S. Probation Office. Upon receiving Mr. Kensler's text message, the undersigned immediately attempted to call Mr. Kensler, at which time there was no answer. The undersigned then sent a text message at 8:08 p.m., informing Mr. Kensler that there was no warrant for his arrest though he needed to report to the U.S. Probation Office on December

Prob12C
Re: Kensler, James Edward
December 21, 2022
Page 3

20, 2022, to discuss recent events. Mr. Kensler failed to report as directed to the undersigned officer on December 20, 2022. Furthermore, he did not attempt to contact the undersigned in any manner to offer an explanation. It appears Mr. Kensler is evading supervision at the time of this writing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 21, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/21/2022
Date