PROB 12C
(6/16)

Report Date: May 2, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Edward Kensler          Case Number: 0980 2:18CR00096-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 25, 2020

| | | |
|---|---|---|
| Original Offense: | Domestic Assault by Habitual Offender in Indian County, 18 U.S.C. § 117 | |
| Original Sentence: | Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 22, 2022) | Prison - 10 months<br>TSR - 26 months | |
| Revocation Sentence:<br>(February 29, 2024) | Prison - 89 days<br>TSR - 23 months | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: May 1, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 31, 2026 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Kensler was present during a revocation hearing on February 29, 2024, in which the Court advised him that he would be subject to terms and conditions of supervised release upon his term of imprisonment being completed. Mr. Kensler acknowledged an understanding to these terms and conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Kensler violated the conditions of his supervised release by committing the offense of assault and battery-domestic violence, on or about May 1, 2024.<br><br>On May 1, 2024, per Kalispel Tribal Police Department (KTPD) report 2024-82006133, KTPD officers were dispatched to the Northern Quest Hotel and Casino (NQHC) at approximately 11:04 p.m., after a report of a domestic assault between a man later identified as Mr. James Kensler and his fiancé. |

Prob12C
Re: Kensler, James Edward
May 2, 2024
Page 2

KTPD officers reviewed video footage of this incident. At 10:53 p.m., it shows Mr. Kensler and his fiancé sitting down and eating. Seconds later, Mr. Kensler is seen swinging his right arm and hitting his fiancé near her left shoulder. Mr. Kensler then grabs his fiancé by her hair on the back of her head and throws her to the ground. His fiancé then stands up and runs toward the hotel elevators. Mr. Kensler then sprints toward her and pushes her to the ground and proceeds to kick her in her legs. Mr. Kensler attempts to stomp on her and she grabs his leg and he then proceeds to grab her by the hair and hit her twice. One of the hits was with a closed fist, the other with an open hand. Mr. Kensler then walks away leaving her on the floor. His fiancé then gets up and walks south bound through the hotel and through the camera view, her face visibly red and she appears scared. Mr. Kensler is then seen walking south toward her and she begins to run from him. Mr. Kensler catches up to her and strucks her multiple times with his right hand and pushs her, which causes her to fall into an elevator door. His fiancé then gets up and runs the opposite direction from Mr. Kensler.

KTPD officers contacted the fiancé in the lobby of NQCH. She was teary eyed and stated she was in pain. A KTPD officer also observed various injuries, including an abrasion on her right temple, a hematoma on her left temple, an abrasion on the bridge of her nose, both eye sockets were red and swollen, an abrasion on her left shoulder, and multiple bruises on her leg. The fiancé explained to the KTPD officer that Mr. Kensler consumed alcohol at NQCH and when he drinks he gets angry, and she suspected that he lost money while gambling. The fiancé further stated that Mr. Kensler has physically assaulted her in the past and made the statement, "I think he just tried to kill me." Due to various injuries sustained his fiancé was transported to the hospital via an ambulance.

KTPD officers contacted Mr. Kensler in the NQCH parking lot. He walked toward a patrol car his hands up stating he would talk and explained he had just been released from Yakima County Jail on May 1, 2024, and that he is on parole. After a review of the aforementioned video footage, Mr. Kensler was read his Miranda rights and replied "yes" that he would speak with the KTPD officer. Mr. Kensler stated he and his fiancé were arguing about how crazy and drunk she was and she spat on him and then ran away from him. Mr. Kensler then said he "jogged" after her and she fell and he denied punching her, despite the video footage showing the opposite. Mr. Kensler was informed he was being arrested on the aforementioned charges. While the KTPD officer was writing the citation, Mr. Kensler made a statement that he was going to kill the fiancé. As of this writing, Mr. Kensler remains in the Pend Oreille County Jail on the aforementioned charge.

2      **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Kensler violated the terms of his supervised release by consuming alcohol on or about May 1, 2024.

On May 1, 2024, per KTPD report 2024-82006133, Mr. Kensler's fiancé informed KTPD officers that Mr. Kensler had consumed alcoholic beverages at the NQCH on May 1, 2024. On May 2, 2024, the undersigned spoke with Mr. Kensler's fiancé in which she stated Mr. Kensler had consumed alcoholic beverages to excess at the NQCH on May 1, 2024.

Prob12C
Re: Kensler, James Edward
May 2, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 2, 2024

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/3/2024
Date